LAQUER, URBAN, CLIFFORD & HODGE LLP
Matthew T. Bechtel, State Bar No. 260450
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Email: Bechtel@luch.com

Counsel for Plaintiffs, Trustees of the Southern California
Pipe Trades Health and Welfare Trust Fund, et al.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SEAN MELENDREZ, an individual dba "MAINLINE PLUMBING," <br><br> Defendants. | CASE NO.: CV 10-03365 R (FMOx) <br><br> ASSIGNED TO THE HONORABLE JUDGE MANUEL L. REAL <br><br> **JUDGMENT** |

The Court having considered and approved the stipulation for entry of judgment submitted by and between defendant Sean Melendrez, an individual doing business as "Mainline Plumbing," and plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund, and for good cause shown,

///

1

[Proposed] Judgment.doc

JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund shall recover from defendant Sean Melendrez, an individual doing business as "Mainline Plumbing," the principal amount of $3,602.06, plus post-judgment interest thereon at the rate of eighteen percent (18%) per annum from October 15, 2010, until paid in full.

DATED: _Nov. 10, 2010_

_____

UNITED STATES DISTRICT JUDGE

[Proposed] Judgment.doc

JUDGMENT